

# Memorandum

**To:** Unassigned

**From:** Domenica Soto, U.S. Probation Officer

**Date:** May 8, 2025

**Re:** Mosquea-Ramos, Hiancarlos Case No. 1:25-CR-10089-001
<u>**Restitution Payment Schedule**</u>

---

The Memorandum serves as notification of restitution payment schedule agreed upon by the Probation Office in accordance with the Administrative Office Monograph 114.

It is the responsibility of the supervising probation officer to notify the court of an agreed upon payment schedule. This schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the defendant's financial situation will be made to determine whether the schedule shall be changed. In the event changes are made, they will be advised.

On 10/3/24, Mr. Mosquea-Ramos plead guilty to one count of Conspiracy to Commit Bank Fraud. He was sentenced to Time Served, followed by three years of supervised release in the District of Rhode Island, by the Honorable Judge John J. McConnell, Jr. The following special conditions were ordered: The defendant is to provide access to all financial information requested by the supervising probation officer, The defendant shall not open new lines of credit, which includes the leasing of any vehicle or other property, or use existing credit resources without prior approval of the supervising probation officer, The defendant will maintain one personal checking account, The defendant will not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $1000.00 without the approval of the supervising probation officer, The defendant will not hold employment having fiduciary responsibilities during the supervision term without first notifying the employer of the conviction, The defendant will cooperate with the U.S. Probation Office in the investigation and approval of any position of self-employment, the defendant will provide the U.S. Probation Office with full disclosure of self-employment and other business records.

On 3/11/25 jurisdiction was accepted by the Honorable Judge F. Dennis Saylor, IV Chief U.S. District Judge in the District of Massachusetts. As he intends to remain in the District of Massachusetts.

On 10/3/24, Mr. Mosquea-Ramos commenced his term of supervised release. Mr. Mosquea-Ramos has now become gainfully employed at At Work. A review of his financial circumstances revealed that he can pay $200.00 monthly towards his outstanding restitution balance. This is a joint and several amount to be distributed by all co defendants involved in the case. Mr. Mosquea-Ramos has agreed with this payment schedule therefore, the Probation Office requests that his restitution payment plan be approved at this time.

The Probation Office will continue to monitor Mr. Mosquea-Ramos efforts to secure employment and his financial circumstances to determine his ability to pay. The Probation Office will notify the Court if he can make higher payments.

Reviewed and approved by:

/s/ Thomas C. Mullen, III
Thomas C. Mullen, III
Supervisory U.S. Probation Officer


Court's Response:

[X] I Concur, payment amount set at $200.00 per month

[ ] Other_____

_____
Honorable *Assigned Judicial Officer*

5-12-25
Date: